The following constitutes
the order of the court. Signed August 31, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-49171 RLE |
| CHARLES THOMAS PACLIK, | Chapter 7 |
| Debtor. / | |
| E. NICOLE CARRION, | Adversary No. 10-4330 |
| Plaintiff, | |
| vs. | |
| CHARLES THOMAS PACLIK, | |
| Defendant. / | |

**ORDER DISMISSING ADVERSARY PROCEEDING FOR LACK OF PROSECUTION**

The above-entitled Adversary Proceeding was filed on October 22, 2010. The summons was executed and Defendant filed an answer on November 23, 2010. Case Management Conferences were subsequently held on January 11, 2011 and June 7, 2011.

On June 8, 2011, the Court issued an Order Following Case Management Conference (the "Order"). Pursuant to the Order, cross motions for summary judgment were to be **heard** no later than August 25, 2011, or the Adversary Proceeding would be dismissed.

On August 17, 2011, Plaintiff E. Nicole Carrion filed a Motion for Summary Judgment. It was not set for hearing and, as of the date of this Order, has not been set, or heard. Defendant did not file

ORDER DISMISSING ADVERSARY PROCEEDING

1  a Motion for Summary Judgment.  Instead, on August 29, 2011, he filed an Ex Parte Application for
2  Order Striking Document Entitled 'Motion for Summary Judgment' and for Order of Dismissal.
3       As of the date of this order, the parties have not complied with the Court's Order, as no motion
4  for summary judgment has been heard.
5       Good cause appearing, and for the reasons stated above:
6       IT IS HEREBY ORDERED that the above-entitled adversary proceeding is DISMISSED
7  without prejudice.
8                              * * * **END OF ORDER** * * *

**Court Service List (via U.S. Mail and/or ECF)**

E. Nicole Carrion
2520 State St.
Alton, IL 62002

Donald C. Schwartz
Law Offices of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003

Charles Thomas Paclik
14665 Washington Ave., Apt.51
San Leandro, CA 94578